# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| ACQIS LLC,<br>a Texas limited liability company,<br><br>    Plaintiff,<br> v.<br><br>ADVANTECH CO., LTD., a Taiwanese corporation,<br><br>    Defendant. | Civil Action No. 6:23-cv-00882<br><br>JURY TRIAL DEMANDED |

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff ACQIS LLC hereby states that it is a limited liability company organized and existing under the laws of the State of Texas, having a principal place of business at 411 Interchange Street, McKinney, Texas 75071. ACQIS LLC is a wholly-owned subsidiary of parent company ACQIS Technology, Inc., a corporation organized and existing under the laws of the State of Delaware. No publicly-held corporation owns 10% or more of ACQIS Technology, Inc.'s stock.

Dated: December 22, 2023.    Respectfully submitted,

               By: */s/ Paige Arnette Amstutz*
                  Paige Arnette Amstutz
                  Texas State Bar No. 00796136
                  SCOTT DOUGLASS & MCCONNICO LLP
                  303 Colorado Street, Suite 2400
                  Austin, TX 78701
                  Telephone: (512) 495-6300
                  Facsimile: (512) 495-6399
                  Email: pamstutz@scottdoug.com

Case Collard (*admitted*)
Colo. Reg. No. 40692
DORSEY & WHITNEY LLP
1400 Wewatta Street, Suite 400
Denver, CO  80202
Telephone: (303) 629-3400
Facsimile: (303) 629-3450
Email: collard.case@dorsey.com

*Attorneys for Plaintiff ACQIS LLC*

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on December 22, 2023, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

*/s/  Paige Arnette Amstutz*
Paige Arnette Amstutz

4871-9181-4041