# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| ACQIS LLC,<br>a Texas limited liability company,<br><br>                Plaintiff,<br>    v.<br><br>ADVANTECH CO., LTD., a Taiwanese corporation,<br><br>                Defendant. | Civil Action No. 6:23-cv-00882<br><br>JURY TRIAL DEMANDED |

## PLAINTIFF'S NOTICE OF RELATED CASES

Pursuant to this District's Amended Plan for Random and Direct Assignment of Cases in Multi-Judge Divisions, Plaintiff ACQIS LLC, by its attorneys, hereby provides notice that the above captioned action is related to the following pending cases:

- *ACQIS LLC v. ASUSTeK Computer Inc.*, 6:20-cv-00966-ADA (W.D. Tex., filed October 15, 2020) (Judge Alan D Albright), set for trial before Judge Albright beginning on March 18, 2024.

- *ACQIS LLC v. Hon Hai Precision Manufacturing Co.*, 6:23-cv-00264-ADA (W.D. Tex., filed April 10, 2023) (Judge Alan D Albright).

- *ACQIS LLC v. Quanta Computer, Inc.*, 6:23-cv-00265-ADA (W.D. Tex., filed April 10, 2023) (Judge Alan D Albright).

- *ACQIS LLC v. Fujitsu Limited*, 6:23-cv-00878 (W.D. Tex., filed December 22, 2023).

- *ACQIS LLC v. Panasonic Holdings Corp. and Panasonic Corp. of North America*, 6:23-cv-00880 (W.D. Tex., filed December 22, 2023).

- *ACQIS LLC v. ZT Group Int'l, Inc. dba ZT Systems*, 6:23-cv-00881 (W.D. Tex., filed December 22, 2023).

- *ACQIS LLC v. Micro-Star International Co., Ltd.; MSI Computer (Shenzhen) Co., Ltd.; and MSI Electronics (Kungshan) Co., Ltd.*, 6:23-cv-00883 (W.D. Tex., filed December 22, 2023).

- *ACQIS LLC v. Cisco Systems, Inc.*, 6:23-cv-00884 (W.D. Tex., filed December 22, 2023).

In addition, the above captioned action is related to the following cases that were previously pending in this District, but are now concluded:

- *ACQIS LLC v. MiTAC Computing Technology Corporation,* 6:20-cv-00962-ADA (W.D. Tex., filed October 15, 2020) (Judge Alan D Albright).

- *ACQIS LLC v. Inventec Corporation*, 6:20-cv-00965-ADA (W.D. Tex., filed October 15, 2020) (Judge Alan D Albright).

- *ACQIS LLC v. Lenovo Grp. Ltd.*, 6:20-cv-00967-ADA (W.D. Tex., filed October 15, 2020) (Judge Alan D Albright).

- *ACQIS LLC v. Wistron Corporation et al.*, 6:20-cv-00968-ADA (W.D. Tex., filed October 15, 2020) (Judge Alan D Albright).

Dated: December 22, 2023.            Respectfully submitted,

                                                By: */s/ Paige Arnette Amstutz*
Paige Arnette Amstutz
Texas Reg. No. 00796136
SCOTT DOUGLASS & MCCONNICO LLP
303 Colorado Street, Suite 2400
Austin, TX  78701
Telephone: (512) 495-6300
Email: pamstutz@scottdoug.com

Case Collard (*admitted*)
Colo. Reg. No. 40692
DORSEY & WHITNEY LLP
1400 Wewatta Street, Suite 400
Denver, CO  80202
Telephone: (303) 629-3400
Email: collard.case@dorsey.com

*Attorneys for Plaintiff ACQIS LLC*

2

4886-3576-8729

## CERTIFICATE OF SERVICE

  Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on December 22, 2023, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

                */s/  Paige Arnette Amstutz*
                Paige Arnette Amstutz

4886-3576-8729