# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| ACQIS LLC,<br>a Texas limited liability company,<br><br>              Plaintiff,<br>   v.<br><br>ADVANTECH CO., LTD., a Taiwanese corporation,<br><br>              Defendant. | Civil Action No. 6:23-cv-00882-ADA<br><br>JURY TRIAL DEMANDED |

**NOTICE REGARDING AGREED REQUEST TO CHANGE DEADLINE FOR DEFENDANT ADVANTECH CO., LTD. TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT FOR PATENT INFRINGEMENT**

Plaintiff ACQIS, LLC and Defendant ADVANTECH CO., LTD. ("Defendant") have agreed to an extension of time for Defendant to answer or otherwise respond to the Complaint for Patent Infringement filed on December 22, 2023 (the "Complaint"). *See* Dkt. 1. The extension moves the deadline to answer or otherwise respond to the Complaint to June 24, 2024.

The parties certify that this extended deadline is the first extension as to the Complaint, and that the extended deadline does not change the date of any hearing, trial, or other Court date, and does not extend any deadline of a final submission that affects the Court's ability to hold a scheduled hearing, trial, or Court event.

Dated:  May 2, 2024.

4874-1373-0491

Respectfully submitted,

By: */s/ Paige Arnette Amstutz*
Paige Arnette Amstutz
Texas State Bar No. 00796136
SCOTT DOUGLASS & MCCONNICO LLP
303 Colorado Street, Suite 2400
Austin, TX 78701
Telephone: (512) 495-6300
Facsimile: (512) 495-6399
Email: pamstutz@scottdoug.com

Case Collard (*admitted*)
Colo. Reg. No. 40692
DORSEY & WHITNEY LLP
1400 Wewatta Street, Suite 400
Denver, CO 80202
Telephone: (303) 629-3400
Facsimile: (303) 629-3450
Email: collard.case@dorsey.com

*Attorneys for Plaintiff ACQIS LLC*

### CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on May 2, 2024, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

*/s/ Paige Arnette Amstutz*
Paige Arnette Amstutz

4874-1372-0491