# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| ACQIS LLC,<br>a Texas limited liability company,<br><br>        Plaintiff,<br>v.<br><br>ADVANTECH CO., LTD., a Taiwanese corporation,<br><br>        Defendant. | Civil Action No. 6:23-cv-00882-ADA<br><br>JURY TRIAL DEMANDED |

**UNOPPOSED MOTION FOR ADDITIONAL 4-DAY EXTENSION OF TIME FOR DEFENDANT ADVANTECH CO., LTD. TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT FOR PATENT INFRINGEMENT**

Plaintiff ACQIS, LLC ("ACQIS") files this unopposed motion for an additional 4-day extension of time for Defendant ADVANTECH CO., LTD. ("Advantech") to answer or otherwise respond to the Complaint for Patent Infringement filed on December 22, 2023 (the "Complaint"). *See* Dkt. 1. The requested extension moves the deadline to answer or otherwise respond to the Complaint from June 24, 2024 to June 28, 2024.

The parties certify that this is requested additional extension of only 4 days does not change the date of any hearing, trial, or other Court date, and does not extend any deadline of a final submission that affects the Court's ability to hold a scheduled hearing, trial, or Court event.

Dated: June 24, 2024.

                                            Respectfully submitted,

                                   By: */s/ Paige Arnette Amstutz*
                                        Paige Arnette Amstutz
                                        Texas State Bar No. 00796136
                                        SCOTT DOUGLASS & MCCONNICO LLP
                                        303 Colorado Street, Suite 2400
                                        Austin, TX  78701

Telephone: (512) 495-6300
Facsimile: (512) 495-6399
Email: pamstutz@scottdoug.com

Case Collard (*admitted*)
Colo. Reg. No. 40692
Gregory S. Tamkin (*pro hac vice*)
Colo. Reg. No. 27105
DORSEY & WHITNEY LLP
1400 Wewatta Street, Suite 400
Denver, Colorado 80202
Telephone: (303) 629-3400
Facsimile: (303) 629-3450
collard.case@dorsey.com
tamkin.greg@dorsey.com

*Attorneys for Plaintiff ACQIS LLC*

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on June 24, 2024, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

*/s/  Paige Arnette Amstutz*
Paige Arnette Amstutz

4881-7317-4987