IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| ACQIS LLC,<br>a Texas limited liability company,<br><br>                Plaintiff,<br>        v.<br><br>ADVANTECH CO., LTD., a Taiwanese corporation,<br><br>                Defendant. | Civil Action No. 6:23-cv-00882-ADA<br><br>JURY TRIAL DEMANDED |

**ORDER GRANTING UNOPPOSED MOTION FOR ADDITIONAL 4-DAY EXTENSION OF TIME FOR DEFENDANT ADVANTECH CO., LTD. TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT FOR PATENT INFRINGEMENT**

BEFORE THE COURT is the Unopposed Motion for Additional 4-Day Extension of Time for Defendant ADVANTECH CO., LTD. to Answer or Otherwise Respond to Complaint for Patent Infringement (the "Unopposed Motion"). The Court has considered the Unopposed Motion and finds that it should be and is hereby GRANTED.

IT IS THEREFORE ORDERED that the deadline for Defendant ADVANTECH CO., LTD. to answer or otherwise respond to the Complaint for Patent Infringement is extended until June 28, 2024.

SIGNED this _____ day of _____, 2024.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

4870-0538-9003