UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| ACQIS LLC, | § § § | |
| Plaintiff, | § § | Civil Action No. 6:23-cv-00882-ADA |
| v. | § § | JURY TRIAL DEMANDED |
| ADVANTECH CO., LTD., | § § § | |
| Defendant. | § § § | |

**DEFENDANT ADVANTECH CO., LTD.'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Advantech Co., Ltd. discloses the following:

Advantech Co., Ltd. is a publicly held company with no parent company. No publicly held company owns more than 10% of Advantech Co., Ltd.'s stock.

Date: July 10, 2024                              Respectfully submitted,

/s/ *Matthew A. Blair*
Matthew A. Blair
TX Bar No. 24109648
**K&L GATES LLP**
2801 Via Fortuna, Suite 650
Austin, TX 78746
Tel:  +1 512 482 6851
Fax:  +1 512 482 6859
Matthew.Blair@klgates.com

Jonathan P. Hersey (*Pro Hac Vice*)
**K&L GATES LLP**
1 Park Plaza, Twelfth Floor
Irvine, CA 92614
Tel:  +1 949 623 3570
Fax:  +1 949 253 0902
Jonathan.Hersey@klgates.com

Caroline M. Vermillion (*phv* forthcoming)
**K&L GATES LLP**
599 Lexington Avenue
New York, NY 10022
Tel:  +1 212 536 3987
Fax:  +1 212 536 3901
Caroline.Vermillion@klgates.com

***Attorneys for Advantech Co., Ltd.***

## **CERTIFICATE OF SERVICE**

    I certify that on July 10, 2024, a copy of the foregoing document was served on the parties to this action by electronically filing true and correct copies with the Clerk of the Court using the CM/ECF system which automatically send notification by e-mail of such filing to the counsel of record.

                                                                         /s/ *Matthew A. Blair*
                                                                         Matthew A. Blair