**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

ACQIS LLC,
a Texas limited liability company,

        *Plaintiff,*

   v.                               **JURY TRIAL DEMANDED**

PANASONIC HOLDINGS CORP. et al.,      **Civil Action No. 6:23-cv-00880-ADA**

        *Defendants,*

ZT GROUP INT'L, INC.,             **Civil Action No. 6:23-cv-00881-ADA**

        *Defendant,*

ADVANTECH CO., LTD.,            **Civil Action No. 6:23-cv-00882-ADA**

        *Defendant,*

MICRO-STAR INTERNATIONAL CO., LTD.   **Civil Action No. 6:23-cv-00883-ADA**
et al.,

        *Defendants,*

CISCO SYSTEMS, INC.,             **Civil Action No. 6:23-cv-00884-ADA**

        *Defendant.*

**DECLARATION OF KRISHNAN PADMANABHAN IN SUPPORT OF DEFENDANTS'**
**COORDINATED OPENING CLAIM CONSTRUCTION BRIEF**

I, Krishnan Padmanabhan, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.      I am an attorney with the law firm Winston & Strawn LLP and am counsel of record for Defendant Cisco Systems, Inc. ("Cisco"). I have personal knowledge of the matters set forth in this Declaration. I offer this Declaration in support of Defendants' Coordinated Opening Claim Construction Brief.

2.      Attached hereto as Exhibit 55 is a true and correct copy of an excerpt of Merriam-Webster's Collegiate Dictionary (10th Ed. 1997), produced in Civil Action No. 6:23-cv-00884-ADA with Bates number CISCO-ACQIS00000149.

3.      Attached hereto as Exhibit 56 is a true and correct copy of an excerpt of The Merriam-Webster Dictionary (Revised Ed. 2022), produced in Civil Action No. 6:23-cv-00884-ADA with Bates number CISCO-ACQIS00000150.

4.      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: November 1, 2024                    */s/ Krishnan Padmanabhan*
                                           Krishnan Padmanabhan