**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| ACQIS LLC,<br>a Texas limited liability company,<br><br>        *Plaintiff,*<br><br>v.<br><br>PANASONIC HOLDINGS CORP. et al.,<br><br>        *Defendants,*<br><br>ZT GROUP INT'L, INC.,<br><br>        *Defendant,*<br><br>ADVANTECH CO., LTD.,<br><br>        *Defendant,*<br><br>MICRO-STAR INTERNATIONAL CO., LTD. et al.,<br><br>        *Defendants,*<br><br>CISCO SYSTEMS, INC.,<br><br>        *Defendant.* | **JURY TRIAL DEMANDED**<br><br>**Civil Action No. 6:23-cv-00880-ADA**<br><br><br>**Civil Action No. 6:23-cv-00881-ADA**<br><br><br>**Civil Action No. 6:23-cv-00882-ADA**<br><br><br>**Civil Action No. 6:23-cv-00883-ADA**<br><br><br><br>**Civil Action No. 6:23-cv-00884-ADA** |

**DECLARATION OF KRISHNAN PADMANABHAN IN SUPPORT OF DEFENDANTS'**
**COORDINATED REPLY CLAIM CONSTRUCTION BRIEF**

I, Krishnan Padmanabhan, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.      I am an attorney with the law firm Winston & Strawn LLP and am counsel of record for Defendant Cisco Systems, Inc. ("Cisco"). I have personal knowledge of the matters set forth in this Declaration. I offer this Declaration in support of Defendants' Coordinated Reply Claim Construction Brief.

2.    Attached hereto as Exhibit 73 is a true and correct copy of a datasheet titled "Intel 440LX AGPSET: 82443LX PCI A.G.P. Controller (PAC)," retrieved from https://bitsavers.computerhistory.org/components/intel/_dataSheets/290564-002_82443LX_199801.pdf on December 6, 2024.

3.    Attached hereto as Exhibit 74 is a true and correct copy of a technical specification titled "Universal Serial Bus Specification, Revision 2.0," retrieved from https://www.usb.org/document-library/usb-20-specification  on December 6, 2024.

4.    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: December 6, 2024

*/s/ Krishnan Padmanabhan*
Krishnan Padmanabhan