IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| ACQIS LLC,<br>a Texas limited liability company,<br><br>        Plaintiff,<br><br>  v.<br><br>ZT GROUP INT'L, INC.,<br><br>        Defendant.<br><br>ADVANTECH SO., LTD.,<br><br>        Defendant.<br><br>MICRO-STAR INTERNATIONAL CO., LTD. et al,<br><br>        Defendant.<br><br>CISCO SYSTEMS, INC.,<br><br>        Defendant. | *CONSOLIDATED*<br>**JURY TRIAL DEMANDED**<br><br>**Civil Action No.: 6:23-cv-00881-ADA**<br><br><br><br>**Civil Action No.: 6:23-cv-00882-ADA**<br><br><br><br>**Civil Action No.: 6:23-cv-00883-ADA**<br><br><br><br>**Civil Action No.: 6:23-cv-00884-ADA** |

**JOINT CLAIM CONSTRUCTION STATEMENT**

Pursuant to this Court's August 22, 2024 Scheduling Order, Plaintiff ACQIS LLC and Defendants: ZT Group Int'l, Inc.; Advantech Co. Ltd.; Micro-Star International Co., Ltd., MSI Computer Co. Ltd., and MSI Electronics Co. Ltd.; and Cisco Systems, Inc. (collectively, the "Parties") submit this Joint Claim Construction Statement.

Concurrently with this submission, the Parties jointly submit, via email to the law clerk, PDF versions of all as-filed claim construction briefing and exhibits.

**I.  THE PATENTS-IN-SUIT**

The patents-in-suit are U.S. Patent Nos.: 8,234,436 ("'436 patent"); 8,977,797 ("'797

patent"); 9,529,768 ("'768 patent"); 9,529,769 ("'769 patent"); 9,703,750 ("'750 patent"); RE44,654 ("'654 patent"); RE45,140 ("'140 patent"); RE46,947 ("'947 patent").

The asserted claims are as follows:

| Patent | Claims |
|--------|--------|
| '436 | 13,14 |
| '797 | 36, 38 |
| '768 | 1–7, 9, 10, 13-16, 33-35, 39, 40 |
| '769 | 19 |
| '750 | 1, 2, 4-7, 10, 11, 21, 24–27, 29, 31, 34-35, 37, 38, 44–49 |
| '654 | 20, 21, 23, 24 |
| '140 | 14, 17, 30, 31, 35 |
| '947 | 14, 19, 29, 35, 48, 54 |

## II.   AGREED CONSTRUCTIONS

Pursuant to the August 22, 2024 Scheduling Order, the Parties met and conferred to narrow the terms in dispute but were unable to agree as to any constructions.

## III.   LIST OF DISPUTED TERMS FOR CONSTRUCTION

The Parties provide the following list of disputed terms for construction, in the order they are addressed in the Parties' claim construction briefing.

## IV.   UPDATED POSITION ON APPOINTMENT OF TECHNICAL ADVISOR

As originally stated in the July 12, 2024 CRSR, ACQIS requests the appointment of Dr. Joshua Yi as technical advisor to assist the Court with claim construction or other technical issues, and notes that the Court has appointed Dr. Yi as technical advisor in the *ACQIS v. ASUSTek*, *ACQIS v. Wiwynn*, and *ACQIS v. Sony* matters. Defendants defer to the Court and take no position on whether a technical advisor should be appointed in this case.

| Term for Construction | Patents and Claims | Plaintiff's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|---|
| "low voltage differential signal (LVDS) [channel]" / "LVDS" proposed by Defendants) | '436 patent, claims 13, 14<br><br>'797 patent, claims 36, 38<br><br>'768 patent, claims 1–7, 9, 10, 13-16, 33-35, 39, 40)<br><br>'750 patent, claims 1, 2, 4–7, 10, 11, 21, 24–27, 29, 31, 35, 37, 38, 44–48<br><br>'654 patent claims 20, 21, 23, 24<br><br>'140 patent, claims 14, 17, 30, 31, 35<br><br>'947 patent, claims 14, 19, 29, 35, 48, 54<br><br>'769 patent, claim 19 | No construction needed – plain and ordinary meaning. | "[a channel for carrying] a signal in accordance with ANSI/TIA/EIA-644 or IEEE 1596.3" |
| "Peripheral Component Interconnect (PCI) bus transaction"/"PCI bus transaction" (proposed by Plaintiff and Defendants) | '436 patent, claims 13, 14<br><br>'797 patent, claims 36, 38<br><br>'768 patent, claims 1-7, 9, 10, 13-16, 33, 35, 39 | "a transaction, in accordance or backwards compatible with the industry standard PCI Local Bus Specification, for communication with an interconnected peripheral | "a transaction, in accordance with the industry standard PCI Local Bus Specification, for communication with an interconnected peripheral component" |

| Term for Construction | Patents and Claims | Plaintiff's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|---|
| | '750 patent, claims 1-2, 5-6, 10-11, 21, 25-27, 29, 31, 35, 38, 44-47<br><br>'654 patent, claim 21, 24<br><br>'140 patent, claim 30<br><br>'947 patent, claims 19, 29, 35, 48, 54 | component" | |
| "convey [/conveying/conveys/communicating/communicate/transmitting] … a Peripheral Component Interconnect (PCI) bus transaction [/of a PCI bus transaction]" (proposed by Defendants) | '436 patent, Claims 13, 14<br><br>'797 patent, claims 36, 38<br><br>'768 patent, claims 1-7, 9-10, 13-16, 39<br><br>'654 patent, claims 21, 24<br><br>'140 patent, claims 30<br><br>'654 patent, claims 21, 24<br><br>'947 patent, claims 19, 29, 35, 48, 54 | conveyed / transmitted / communicated. The claims, as written, are clear, and this language of the claims does not require construction. Plain and ordinary meaning. | "communicating a PCI bus transaction, including all address, data, and control bits" |
| Claims reciting an PCI bus transaction or an encoded PCI bus transaction in "serial bit stream", "serial form" or "serially encoded" (proposed by Defendants) | '436 patent, claim 13<br><br>'797 patent, claim 36<br><br>'768 patent, claims 1, **3,** 4, 6, 7, 10, 13, 15, 39 | "encoded", "serial[ly]": plain and ordinary meaning.<br><br>The *EMC* construction of "[e]ncoded . . . serial bit stream of | "a PCI bus transaction that has been serialized from a parallel form" |

| Term for Construction | Patents and Claims | Plaintiff's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|---|
| | '750 patent, claims 1, 5, 10, 21, 25, 27, 29, 31, 35, 44, 46<br><br>'654 patent, claims 21, 24<br><br>'140 patent, claim 30<br><br>'947 patent, claims 19, 29, 35, 48, 54 | Peripheral Component Interconnect (PCI) bus transaction" and related terms applies only to certain claims and terms, *i.e.,* "claims reciting an 'encoded' PCI bus transaction" and more specifically, terms that recite (1) "encoded," (2) "serial," and (3) "PCI bus transaction," | |
| "of [a] Peripheral Component Interconnect (PCI) bus transaction [/of [a] PCI bus transaction]" | '436 patent, claims 13-14<br><br>'797 patent, claims 36, 38<br><br>'768 patent, claims 1-7, 9-10, 13-16, 33, 35, 39<br><br>'750 patent, claims 1-2, 5-6, 10-11, 21, 25, 26, 27, 29, 31, 35, 38, 44, 45, 46, 47<br><br>'654 patent, claims 21, 24 | "of a": plain and ordinary meaning. | "from a transaction that is in accordance with the industry standard PCI Local Bus Specification, for communication with an interconnected peripheral component" |

| Term for Construction | Patents and Claims | Plaintiff's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|---|
| | '140 patent claim 30 | | |
| | '947 patent, claims 19, 29, 35, 48, 54 | | |
| "console" | '768 patent claim 34 | "a chassis or enclosure, housing one or more coupling sites, that connects components of a computer system" | "a chassis that connects several components of a computer system" |
| | '750 patent claims 5, 10, 24, 35, 44, 48 | | |
| | '654 patent claims 20, 23 | | |
| | '140 patent claims 14, 31 | | |
| "USB"/"Universal Serial Bus (USB) protocol"/"Universal Serial Bus (USB) protocol [data/information]" (proposed by Defendants) | '768 patent, claims 34, 40 | Plain and ordinary meaning. | "[data/information conveyed according to] the protocols defined in the Universal Serial Bus Specification Revision 2.0 and the prior versions of this standard" |
| | '750 patent, claims 4, 7, 24, 46, 48 | | |
| | '654 patent, claims 20, 23 | | |
| | '947 patent, claim 14 | | |
| | '769 patent, claim 19 | | |

| Term for Construction | Patents and Claims | Plaintiff's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|---|
| "coupling the integrated CPU and interface device to a peripheral device attached to the motherboard through the LVDS channel with the adapted number of differential signal line pairs" | '797 patent, claim 36 | Plain and ordinary meaning. | Indefinite |
| "peripheral bridge" | '768 patent, claims 4, 10<br><br>'750 patent, claim 29<br><br>'654 patent, claim 23<br><br>'947 patent, claim 35 | Plain and ordinary meaning. | "a component that interfaces with peripheral buses or peripheral devices" |

SUBMITTED: December 26, 2024

By: /s/ Case Collard
Paige Arnette Amstutz
Texas State Bar No. 00796136
**Scott, Douglass & McConnico, LLP**
303 Colorado Street, Suite 2400
Austin, TX 78701
Telephone: (512) 495-6300
Facsimile: (512) 495-6399
pamstutz@scottdoug.com

Case Collard (*Admitted*)
Colo. Reg. No. 40692
Gregory S. Tamkin (*pro hac vice*)
Colo. Reg. No. 27105
**Dorsey & Whitney LLP**
1400 Wewatta Street, Suite 400
Denver, CO 80202
Telephone: (303) 629-3400
Facsimile: (303) 629-3450
Email: collard.case@dorsey.com
Email: tamkin.greg@dorsey.com

Mark Miller (*Admitted*)
Utah Reg. No. 9563
**Dorsey & Whitney LLP**
111 South Main Street, 21st Floor
Salt Lake City, Utah 84111
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
Email: mark.miller@dorsey.com

Elliot J. Hales (*Admitted*)
Utah Bar No. 16684
**Dorsey & Whitney LLP**
111 South Main St., 21st Floor
Salt Lake City, UT 84111
Telephone No.: (801) 933-7360
Facsimile: (801) 933-7373
Email: hales.elliot@dorsey.com

*Counsel for Plaintiff ACQIS LLC*

By: /s/ John Guaragna
John M. Guaragna (Bar No. 24043308)
Michael Saulnier (Bar No. 24131647)
**DLA PIPER LLP (US)**
303 Colorado St., Suite 3000
Austin, TX 78701
Telephone: (512) 457-7000
Facsimile: (512) 457-7001
john.guaragna@us.dlapiper.com

Erin Gibson
**DLA PIPER LLP (US)**
401 B Street, Suite 1700
San Diego, CA 92101
Telephone: 619.699.2700
Facsimile: 619.699.2701
erin.gibson@us.dlapiper.com

Alan Limbach (*pro hac vice*)
**DLA PIPER LLP (US)**
2000 University Avenue
East Palo Alto, CA 94303-2214
Telephone: 650.833.2000
Facsimile: 650.833.2001
alan.limbach@us.dlapiper.com

Gianni Minutoli (*pro hac vice*)
**DLA PIPER LLP (US)**
One Fountain Square
11911 Freedom, Suite 300
Reston, VA 20190-5602
Telephone: 703.773.4000
Facsimile: 703.773.5000
gianni.minutoli@us.dlapiper.com

*Attorneys for ZT Systems*

By: /s/ David J. Tsai
David J. Tsai (*Admitted*)
**Pillsbury Winthrop Shaw Pittman LLP**
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111-5998
Telephone: 415.983.1000
Facsimile: 415.983.1200
david.tsai@pillsburylaw.com

*Attorneys for MSI*

By: */s/    Matthew Blair*
    Matthew A. Blair
    TX Bar No. 24109648
    **K&L GATES LLP**
    2801 Via Fortuna, Suite 650
    Austin, TX 78746
    Telephone: (512) 482-6851
    Facsimile: (512) 482-6859
    matthew.blair@klgates.com

    Jonathan P. Hersey
    **K&L GATES LLP**
    1 Park Plaza, Twelfth Floor
    Irvine, CA 92614
    Telephone: (949) 623-3570
    Facsimile: (949) 253-0902
    jonathan.hersey@klgates.com

    Caroline M. Vermillion
    **K&L GATES LLP**
    599 Lexington Avenue
    New York, NY 10022
    Telephone: (212) 536-3987
    Facsimile: (212) 536-3901
    caroline.vermillion@klgates.com

*Attorneys for Advantech*

By: */s/ Krishnan Padmanabhan*
    Eric H. Findlay
    State Bar No. 00789886
    **FINDLAY CRAFT, P.C.**
    7270 Crosswater Avenue, Suite B
    Tyler, Texas 75703
    Telephone: (903) 534-1100
    Facsimile: (903) 534-1137
    efindlay@findlaycraft.com

    Krishnan Padmanabhan
    NY State Bar No. 4757183
    **WINSTON & STRAWN LLP**
    200 Park Ave., 40th Fl.
    New York City, NY 10166
    Telephone: (212) 294-6700
    Facsimile: (212) 294-4700
    kpadmanabhan@winston.com

    Robert N. Kang
    CA State Bar No. 274389
    **WINSTON & STRAWN LLP**
    101 California Street, 34th Fl.
    San Francisco, CA 94111
    Telephone: (415) 591-1000
    Facsimile: (415) 591-1400
    rkang@winston.com

    Saranya Raghavan, Esq.
    IL State Bar No. 6321346
    **WINSTON & STRAWN LLP**
    35 W. Wacker Drive
    Chicago, IL 60601
    Telephone: (312) 558-5600
    sraghavan@winston.com

*Attorneys for Cisco*

## **CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on December 26, 2024, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

*/s/ Stacy Starr*
Dorsey & Whitney LLP