IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| ACQIS LLC,<br>a Texas limited liability company,<br><br>    Plaintiff,<br><br>  v.<br><br>ADVANTECH CO., LTD., a Taiwanese corporation,<br><br>    Defendant. | Civil Action No. 6:23-cv-00882-ADA<br><br>JURY TRIAL DEMANDED |

### NOTICE OF APPEARANCE OF ROBERT ("ROBBY") PIERCE EARLE ON BEHALF OF PLAINTIFF ACQIS LLC

TO THE HONORABLE DISTRICT COURT JUDGE:

Plaintiff ACQIS LLC files this Notice of Appearance and hereby notifies the Court that the following attorney has entered this action as its counsel:

Robert ("Robby") Pierce Earle
Texas State Bar No. 24124566
SCOTT DOUGLASS & MCCONNICO LLP
303 Colorado Street, Suite 2400
Austin, TX  78701
Telephone:  (512) 495-6300
Facsimile:  (512) 495-6399
rearle@scottdoug.com

Mr. Earle requests that his appearance for Plaintiff ACQIS LLC be reflected on the Court's docket and that all future pleadings, Orders and other papers be served on him.

Dated:  January 8, 2025.

4896-6296-2701

Respectfully submitted,

By: /s/ Robby Earle
Paige Arnette Amstutz
Texas State Bar No. 00796136
Robert ("Robby") Pierce Earle
Texas State Bar No. 24124566
SCOTT DOUGLASS & MCCONNICO LLP
303 Colorado Street, Suite 2400
Austin, TX 78701
Telephone: (512) 495-6300
Facsimile: (512) 495-6399
Email: pamstutz@scottdoug.com
Email: rearle@scottdoug.com

Case Collard (*admitted*)
Colo. Reg. No. 40692
DORSEY & WHITNEY LLP
1400 Wewatta Street, Suite 400
Denver, CO 80202
Telephone: (303) 629-3400
Facsimile: (303) 629-3450
Email: collard.case@dorsey.com

*Attorneys for Plaintiff ACQIS LLC*

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on January 8, 2025, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

/s/ Robby Earle
Robert ("Robby") Pierce Earle

4896-6296-2701